IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

In re:
JOHN GUNARTT,

    Debtor

Chapter 11
Case No.  05 B 25498
Judge

## ORDER

**THIS CAUSE COMING ON TO BE HEARD** on the Debtor's MOTION FOR INTERIM AND FINAL ORDER (I) AUTHORIZING DEBTOR TO (A) OBTAIN POSTPETITION FINANCING PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363, 364(c)(1), 364(c)(2), 364(c)(3) AND 364(d)(1), AND (B) UTILIZE CASH COLLATERAL PURSUANT TO 11 U.S.C. § 363, (II) GRANTING ADEQUATE PROTECTION TO PREPETITION SECURED PARTIES PURSUANT TO 11 U.S.C. §§ 361, 362 AND 363 AND (III) SCHEDULING FINAL HEARING PURSUANT TO FED. R. BANKR. P. 4001(c), and the court being fully advised in the premises,

**IT IS ORDERED:**

Debtor's motion is withdrawn.

J. Cox    *Jacqueline P. Cox*
_____
Judge of the Bankruptcy Court

JUL 20 2005

John Ellsworth
JOHN ELLSWORTH LAW OFFICES
400 South Braintree Drive
Schaumburg, Illinois 60193
(630) 415-9515
Attorney for Debtor-in-Possession