## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 05 B 25498 |
| JOHN GUNARTT, | ) | Judge Jacqueline P. Cox |
| | ) | Hearing Date: June 13, 2006 |
| Debtor. | ) | Hearing Time: 9:30 a.m. |

### ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE OF THE SECURED CLAIM OF FIFTH THIRD BANK

This matter coming on the motion of the Trustee to Approve Compromise of the Secured Claim of Fifth Third Bank (the "Motion"); at least twenty-day notice having been given to the Debtor, those creditors that filed proofs of claim, and all parties in interest; the Court being fully advised in the premises;

**It Is Hereby Ordered** that:

1. The Motion is granted;

2. The Trustee is hereby authorized to compromise the secured claim of Fifth Third Bank in the final amount of $600,000.00;

3. Fifth Third Bank is hereby allowed a claim in the full and final amount of $600,000.00 (the "Secured Claim");

4. The Trustee is hereby authorized, without further order of this Court, to pay the Secured Claim out of the proceeds of any sale of property of the estate and to release any and all claims the Trustee may hold on behalf of the Debtor and his estate against Fifth Third Bank; and

5. Notice heretofore given of the hearing of this matter is adequate and sufficient

under the circumstances and other and further notice is hereby waived.

ENTERED:

By: _J. Cox_  *Jacqueline P. Cox*

United States Bankruptcy Judge

June 19, 2006

Order Prepared By:

Norman B. Newman, ARDC No. 02045427
James E. Morgan, Fed. I.D. No. 90785074
MUCH SHELIST FREED DENENBERG
    AMENT & RUBENSTEIN, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile: 312.521.2100

2