# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-25498 0002  
**Case Name:** JOHN GUNARTT  
**Period Ending:** 12/31/06

**Trustee:** (330560)   NORMAN NEWMAN  
**Filed (f) or Converted (c):** 11/16/05 (c)  
**§341(a) Meeting Date:** 12/29/05  
**Claims Bar Date:** 04/14/06

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY 2-Bedroom Condominium Unit | 160,000.00 | 27,477.00 | | 0.00 | 160,000.00 |
| 2 | REAL PROPERTY 18 Unit Multi-Family Building | 1,560,000.00 | 1,052,000.00 | 767,500.00 | 767,500.00 | 792,500.00 |
| 3 | BANK ACCOUNTS - CHECKING | 3,000.00 | 1,000.00 | | 0.00 | 3,000.00 |
| 4 | BANK ACCOUNTS - INVESTMENT BROKERAGE ACCOUNT | 12,000.00 | 12,000.00 | | 0.00 | 12,000.00 |
| 5 | SECURITY DEPOSITS (RENTAL PROPERTY) | 6,000.00 | N/A | | 0.00 | Unknown |
| 6 | HOUSEHOLD GOODS AND FURNISHINGS | 87.00 | 87.00 | | 0.00 | FA |
| 7 | WEARING APPAREL AND JEWELRY | 70.00 | 10.00 | | 0.00 | FA |
| 8 | PHOTOGRAPHIC EQUIPMENT | 10.00 | 0.00 | | 0.00 | FA |
| 9 | ACCOUNTS RECEIVABLE Leases on non-residential property. | Unknown | Unknown | | 0.00 | Unknown |
| 10 | REAL ESTATE APPRAISAL/BROKER LICENSES | Unknown | Unknown | | 0.00 | Unknown |
| 11 | AUTOMOBILES AND OTHER VEHICLES | 500.00 | 0.00 | | 0.00 | FA |
| 12 | AUTOMOBILES AND OTHER VEHICLES | 200.00 | 0.00 | | 0.00 | FA |
| 13 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT | 120.00 | 120.00 | | 0.00 | FA |
| 14 | INSURANCE REFUND (u) | 3,044.00 | 3,044.00 | | 0.00 | 3,044.00 |
| Int | INTEREST (u) | Unknown | N/A | | 451.68 | Unknown |
| 15 Assets | **Totals** (Excluding unknown values) | $1,745,031.00 | $1,095,738.00 | N/A | $767,951.68 | $970,544.00 |

# Form 1
## Individual Estate Property Record and Report
### Asset Cases

**Case Number:** 05-25498 0002
**Case Name:** JOHN GUNARTT

**Period Ending:** 12/31/06

**Trustee:** (330560)    NORMAN NEWMAN
**Filed (f) or Converted (c):** 11/16/05 (c)
**§341(a) Meeting Date:** 12/29/05
**Claims Bar Date:** 04/14/06

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | | | | | | |

**Major Activities Affecting Case Closing:**

Sold non-residential real estate and settled claim of secured creditor. Involved in appeal of sale order. Employed accountant to prepare tax returns.

**Initial Projected Date Of Final Report (TFR):**  September 30, 2006          **Current Projected Date Of Final Report (TFR):**  December 31, 2007

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 05-25498 0002 | | Trustee: | NORMAN NEWMAN (330560) |
| Case Name: | JOHN GUNARTT | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Taxpayer ID #: | 13-7536196 | | Account: | ***-*****28-65 - Money Market Account |
| Period: | 01/01/05 - 12/31/06 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| | | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | 4<br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/26/06 | {2} | Ticor Title Insurance | Proceeds from sale of real estate    767,500.00 | 1110-000 | 142,781.65 | | 142,781.65 |
| | | | Payoff of Mortgage    -600,000.00 | 1110-000 | | | 142,781.65 |
| | | | Title Insurance for Taxes    -10,000.00 | 1110-000 | | | 142,781.65 |
| | | | Tax Proration    -5,406.68 | 1110-000 | | | 142,781.65 |
| | | | City of Chicago-Water Bill    -4,320.75 | 1110-000 | | | 142,781.65 |
| | | | City of Chicago-Municipal Code Violations    -1,000.00 | 1110-000 | | | 142,781.65 |
| | | | City of Chicago - Water Bill    -421.17 | 1110-000 | | | 142,781.65 |
| | | | Title Charges    -3,054.75 | 1110-000 | | | 142,781.65 |
| | | | Land Trust Fee    -415.00 | 1110-000 | | | 142,781.65 |
| | | | Legal Runners Fee    -100.00 | 1110-000 | | | 142,781.65 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 12.52 | | 142,794.17 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 97.05 | | 142,891.22 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 90.81 | | 142,982.03 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 100.24 | | 143,082.27 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 94.04 | | 143,176.31 |
| 12/07/06 | 1001 | Much Shelist, et.al. | Interim fees (11/18/05 through 7/31/06) | 3110-000 | | 80,715.00 | 62,461.31 |
| 12/07/06 | 1002 | Much Shelist, et.al. | Interim Expenses (11/18/05 through 7/31/06) | 3120-000 | | 825.60 | 61,635.71 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 57.02 | | 61,692.73 |

| | Subtotals : | $143,233.33 | $81,540.60 |
|---|---|---|---|

{} Asset reference(s)

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 05-25498 0002
**Case Name:** JOHN GUNARTT

**Taxpayer ID #:** 13-7536196
**Period:** 01/01/05 - 12/31/06

**Trustee:** NORMAN NEWMAN (330560)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** \*\*\*_-\*\*\*\*\*28-65 - Money Market Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 143,233.33 | 81,540.60 | $61,692.73 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 143,233.33 | 81,540.60 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $143,233.33 | $81,540.60 | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # \*\*\*_-\*\*\*\*\*28-65 | 143,233.33 | 81,540.60 | 61,692.73 |
| **TOTAL - ALL ACCOUNTS** | $143,233.33 | $81,540.60 | $61,692.73 |

{} Asset reference(s)

Printed: 05/07/2007 04:16 PM    V.9.02