## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: JOHN GUNARTT | § Case No. 05-25498 |
| | § |
| | § |
| Debtor(s) | § |

### TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 16, 2005. The undersigned trustee was appointed on October 12, 2005.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $   776,572.11

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 600,000.00 |
| Administrative expenses | 162,895.21 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 13,676.90 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

6. The deadline for filing non-governmental claims in this case was 04/14/2006 and the deadline for filing governmental claims was 04/14/2006. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $42,078.61. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $0.00, for a total compensation of $0.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/13/2011          By: /s/NORMAN NEWMAN
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 05-25498 | Trustee: | (330560) NORMAN NEWMAN |
| --- | --- | --- | --- |
| Case Name: | JOHN GUNARTT | Filed (f) or Converted (c): | 11/16/05 (c) |
| | | §341(a) Meeting Date: | 12/29/05 |
| Period Ending: | 04/13/11 | Claims Bar Date: | 04/14/06 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | REAL PROPERTY-414 SCOVILLE, OAK PARK, IL<br>2-Bedroom Condominium Unit (See Footnote) | 160,000.00 | 27,477.00 | | 0.00 | FA |
| 2 | REAL PROPERTY- 5900-04 W. MADISON, CHICAGO<br>18 Unit Multi-Family Building | 1,560,000.00 | 1,052,000.00 | | 772,595.53 | FA |
| 3 | BANK ACCOUNTS - CHECKING | 3,000.00 | 1,000.00 | | 0.00 | FA |
| 4 | BANK ACCOUNTS - INVESTMENT BROKERAGE ACCOUNT | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 5 | SECURITY DEPOSITS (RENTAL PROPERTY) | 6,000.00 | N/A | | 0.00 | FA |
| 6 | HOUSEHOLD GOODS AND FURNISHINGS | 87.00 | 87.00 | | 0.00 | FA |
| 7 | WEARING APPAREL AND JEWELRY | 70.00 | 10.00 | | 0.00 | FA |
| 8 | PHOTOGRAPHIC EQUIPMENT | 10.00 | 0.00 | | 0.00 | FA |
| 9 | ACCOUNTS RECEIVABLE<br>Leases on non-residential property. | Unknown | Unknown | | 0.00 | Unknown |
| 10 | REAL ESTATE APPRAISAL/BROKER LICENSES | Unknown | Unknown | | 0.00 | FA |
| 11 | AUTOMOBILES AND OTHER VEHICLES | 500.00 | 0.00 | | 0.00 | FA |
| 12 | AUTOMOBILES AND OTHER VEHICLES | 200.00 | 0.00 | | 0.00 | FA |
| 13 | MACHINERY, FIXTURES, AND BUSINESS EQUIPMENT | 125.00 | 125.00 | | 0.00 | FA |
| 14 | INSURANCE REFUND (u) | 3,044.00 | 3,044.00 | | 3,044.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 932.58 | Unknown |
| 15 | Assets    Totals (Excluding unknown values) | $1,745,036.00 | $1,095,743.00 | | $776,572.11 | $0.00 |

RE PROP# 1    Foreclosed

**Major Activities Affecting Case Closing:**

Preparing final report (TFR).

Printed: 04/13/2011 01:57 PM    V.12.56

Exhibit A

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 05-25498 | | Trustee: | (330560) | NORMAN NEWMAN |
| Case Name: | JOHN GUNARTT | | Filed (f) or Converted (c): | 11/16/05 (c) | |
| | | | §341(a) Meeting Date: | 12/29/05 | |
| Period Ending: 04/13/11 | | | Claims Bar Date: | 04/14/06 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):   September 30, 2006        Current Projected Date Of Final Report (TFR):   April 30, 2011

Printed: 04/13/2011 01:57 PM    V.12.56

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 05-25498 | | Trustee: | NORMAN NEWMAN (330560) |
| --- | --- | --- | --- | --- |
| Case Name: | JOHN GUNARTT | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*28-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*6196 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/13/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 07/26/06 | | Ticor Title Insurance | Proceeds from sale of real estate | | | 142,781.65 | | 142,781.65 |
| | {2} | | Sales Price | 767,500.00 | 1110-000 | | | 142,781.65 |
| | | Fifth Third Bank | Payoff of Mortgage | -600,000.00 | 7100-000 | | | 142,781.65 |
| | | | Title Insurance for Taxes | -10,000.00 | 2500-000 | | | 142,781.65 |
| | | | Tax Proration | -5,406.68 | 2820-000 | | | 142,781.65 |
| | | | City of Chicago-Water Bill | -4,320.75 | 2500-000 | | | 142,781.65 |
| | | | Title Charges | -3,054.75 | 2500-000 | | | 142,781.65 |
| | | | City of Chicago-Municipal Code Violations | -1,000.00 | 2500-000 | | | 142,781.65 |
| | | | City of Chicago - Water Bill | -421.17 | 2500-000 | | | 142,781.65 |
| | | | Land Trust Fee | -415.00 | 2500-000 | | | 142,781.65 |
| | | | Legal Runners Fee | -100.00 | 2500-000 | | | 142,781.65 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 12.52 | | 142,794.17 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 97.05 | | 142,891.22 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 90.81 | | 142,982.03 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 100.24 | | 143,082.27 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 94.04 | | 143,176.31 |
| 12/07/06 | 1001 | Much Shelist, et.al. | Interim fees (11/18/05 through 7/31/06) | | 3110-000 | | 80,715.00 | 62,461.31 |
| 12/07/06 | 1002 | Much Shelist, et.al. | Interim Expenses (11/18/05 through 7/31/06) | | 3120-000 | | 825.60 | 61,635.71 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 57.02 | | 61,692.73 |
| 01/12/07 | {2} | Ticor Title Insurance | Balance of Escrow Account with Title Company | | 1110-000 | 5,095.53 | | 66,788.26 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 42.59 | | 66,830.85 |
| 02/06/07 | 1003 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2007 FOR CASE #05-25498, Bond #016026455 | | 2300-000 | | 55.68 | 66,775.17 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 33.29 | | 66,808.46 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 35.67 | | 66,844.13 |
| 04/16/07 | {14} | Forest Agency | Refund on Madison Park Condo | | 1229-000 | 3,044.00 | | 69,888.13 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 37.58 | | 69,925.71 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 38.58 | | 69,964.29 |
| 06/08/07 | 1004 | Miller Cooper & Co., Ltd. | Reimbursement for IRS tax return Stopped on 08/22/07 | | 2690-000 | | 156.00 | 69,808.29 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 36.11 | | 69,844.40 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 39.87 | | 69,884.27 |
| | | | Subtotals : | | | $151,636.55 | $81,752.28 | |

{} Asset reference(s)

Printed: 04/13/2011 01:57 PM    V.12.56

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-25498 | | Trustee: | NORMAN NEWMAN (330560) |
| --- | --- | --- | --- | --- |
| Case Name: | JOHN GUNARTT | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****28-65 - Money Market Account |
| Taxpayer ID #: | **-***6196 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 04/13/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 08/22/07 | 1004 | Miller Cooper & Co., Ltd. | Reimbursement for IRS tax return<br>Stopped: check issued on 06/08/07 | 2690-000 | | -156.00 | 70,040.27 |
| 08/22/07 | 1005 | Miller Cooper & Co., Ltd. | Reimbursement of cost for tax return | 2690-000 | | 156.00 | 69,884.27 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 38.64 | | 69,922.91 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 34.84 | | 69,957.75 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 41.09 | | 69,998.84 |
| 11/29/07 | 1006 | Miller Cooper & Co., Ltd. | Interim Compensation (822/06 -9/30/07) | 3410-000 | | 2,133.00 | 67,865.84 |
| 11/29/07 | 1007 | Miller Cooper & Co., Ltd. | Interim expense reimbursement (822/06 - 9/30/07) | 3420-000 | | 250.00 | 67,615.84 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 36.42 | | 67,652.26 |
| 12/21/07 | 1008 | Much Shelist, et.al. | Interim Compensation (8/2/06 thorugh 10/29/07) | 3110-000 | | 53,654.50 | 13,997.76 |
| 12/21/07 | 1009 | Much Shelist, et.al. | Interim Expenses (8/2/06 thorugh 10/29/07) | 3120-000 | | 338.11 | 13,659.65 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 27.51 | | 13,687.16 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 6.25 | | 13,693.41 |
| 02/14/08 | 1010 | Norman B. Newman, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #05-25498<br>Voided on 02/14/08 | 2300-000 | | 12.20 | 13,681.21 |
| 02/14/08 | 1010 | Norman B. Newman, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #05-25498<br>Voided: check issued on 02/14/08 | 2300-000 | | -12.20 | 13,693.41 |
| 02/14/08 | 1011 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #05-25498 | 2300-000 | | 12.22 | 13,681.19 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 2.80 | | 13,683.99 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.54 | | 13,686.53 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.90 | | 13,688.43 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.71 | | 13,690.14 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.73 | | 13,691.87 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.74 | | 13,693.61 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.62 | | 13,695.23 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.79 | | 13,697.02 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.49 | | 13,698.51 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.07 | | 13,699.58 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.97 | | 13,700.55 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.55 | | 13,701.10 |

Subtotals :   $204.66   $56,387.83

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 05-25498 | | Trustee: | NORMAN NEWMAN (330560) |
| Case Name: | JOHN GUNARTT | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****28-65 - Money Market Account |
| Taxpayer ID #: | **-***6196 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/13/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/10/09 | 1012 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2009 FOR CASE #05-25498, Bond #016026455 | 2300-000 | | 11.46 | 13,689.64 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.52 | | 13,690.16 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.59 | | 13,690.75 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.55 | | 13,691.30 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.53 | | 13,691.83 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.59 | | 13,692.42 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.57 | | 13,692.99 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.57 | | 13,693.56 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.55 | | 13,694.11 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.55 | | 13,694.66 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.57 | | 13,695.23 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.57 | | 13,695.80 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.54 | | 13,696.34 |
| 02/19/10 | 1013 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/19/2010 FOR CASE #05-25498, Bond #016026455 | 2300-000 | | 12.32 | 13,684.02 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.52 | | 13,684.54 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.61 | | 13,685.15 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.09 | | 13,685.24 |
| 04/06/10 | | Wire out to BNYM account 9200******2865 | Wire out to BNYM account 9200******2865 | 9999-000 | -13,685.24 | | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 138,163.89 | 138,163.89 | $0.00 |
| Less: Bank Transfers | -13,685.24 | 0.00 | |
| Subtotal | 151,849.13 | 138,163.89 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $151,849.13 | $138,163.89 | |

Exhibit B

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 05-25498 | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|
| Case Name: | JOHN GUNARTT | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******28-65 - Money Market Account |
| Taxpayer ID #: | **-***6196 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 04/13/11 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2865 | Wire in from JPMorgan Chase Bank, N.A. account ********2865 | 9999-000 | 13,685.24 | | 13,685.24 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.65 | | 13,685.89 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.81 | | 13,686.70 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.79 | | 13,687.49 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.82 | | 13,688.31 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.80 | | 13,689.11 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,689.22 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,689.33 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,689.44 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,689.55 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,689.66 |
| 02/15/11 | 11014 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #05-25498, Bond #016026455 | 2300-000 | | 12.97 | 13,676.69 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 13,676.79 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,676.90 |

| | | | |
|---|---|---|---|
| | ACCOUNT TOTALS | 13,689.87 | 12.97 | $13,676.90 |
| | Less: Bank Transfers | 13,685.24 | 0.00 | |
| | Subtotal | 4.63 | 12.97 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $4.63 | $12.97 | |

| Net Receipts : | 151,853.76 |
|---|---|
| Plus Gross Adjustments : | 624,718.35 |
| Net Estate : | $776,572.11 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****28-65 | 151,849.13 | 138,163.89 | 0.00 |
| MMA # 9200-******28-65 | 4.63 | 12.97 | 13,676.90 |
| | $151,853.76 | $138,176.86 | $13,676.90 |

{} Asset reference(s)                                                                                                                    Printed: 04/13/2011 01:57 PM   V.12.56

## CLOSING STATEMENT

| | | |
|---|---|---|
| SELLER: | Norman B. Newman as Chapter 7 Bankruptcy Trustee for the bankruptcy estate of John Gunartt | |
| PURCHASER: | 5900 Madison LLC | |
| PROPERTY: | 5900-04 W. Madison / 2-14 N. Mayfield, Chicago, IL | |
| CLOSING DATE: | July 25, 2006 | |

| | Seller Debit | Seller Credit |
|---|---|---|
| Sale Price | | $767,500.00 |
| Earnest Money held by TICOR Title in Joint Order Escrow No. 990035373 | $10,000.00 | |
| Holdback for Real Estate Taxes | $10,000.00 | |
| 2005 Real Estate Taxes (based on last known bills):<br>PIN 16-08-419-029-0000 = $2,042.73 total 2003<br>PIN 16-08-419-032-0000 = $603.32 total 2004<br>PIN 16-08-419-033-0000 = $810.06 total 2004<br>Total: | $3,456.11 | |
| 2006 Real Estate Taxes (day 206)<br>$3,456.11 x (206/365) = | $1,950.57 | |
| City of Chicago Fine for Municipal Code Violation | $1,000.00 | |
| Payoff of Mortgage with Fifth Third Bank | $600,000.00 | |
| City of Chicago Water Bills | $4,741.92 | |
| State of Illinois Transfer Taxes | $767.50 | |
| Cook County Transfer Taxes | $383.75 | |
| Invoices for Legal Runners | ~~$100~~ SKD | |
| Chicago Title Land Trust Co. Fee | $415.00 | |
| Seller's TICOR Title Insurance Co. Charges & Fees | ~~$1,903.50~~ SKD | |
| | $132,781.65 SKD | |
| Total Seller Debits | | |
| Balance Due | $634,718.35 SKD | |
| TOTAL | $767,500.00 | $767,500.00 |

Accepted for Seller: [signature]

Accepted for Buyer: [signature] 5900 MADISON LLC



## TICOR TITLE INSURANCE

203 N. Lasalle, Suite 2200
CHICAGO, IL 60601

### ESCROW DISBURSEMENT STATEMENT

DISBURSEMENT DATE: July 25, 2006          REFER TO: Nancy Lewis
                                          PHONE:    (312) 621-5034
                                          FAX:      (312) 621-5062

                                          ESCROW NO.      N990035510- 001
PARTIES:
CHICAGO TITLE LAND TRUST # 1103699        TITLE ORDER NO.  02000-990035510
DAVID DORDEK

```
RECEIPTS:
        07/25/06    LASALLE                                                    509,000.00
        06/30/06    TRANSFER FRM: 02000-990035373-001 02000 BANK: 950           10,000.00
        07/25/06    LASALLE                                                    275,000.00

                                                                   $          794,000.00

DISBURSEMENTS:

01) PRORATIONS/CREDITS - Seller
    TAX PRORATION(1)                                        3,456.11-
    TAX PRORATION(2)                                        1,950.57-
                                                     --------------------
    TOTAL PRORATIONS                                        5,406.68-
    PURCHASE PRICE                                        767,500.00
                                                     --------------------
    ADJUSTED PURCHASE PRICE                              $762,093.32               $762,093.32

02) TICOR TITLE INSURANCE - Seller's Charges

    Re: Title Order No. 02000-990035510

    ESCROW FEE                                                425.00
    NY CLOSING FEE                                            100.00
    TITLE INSURANCE                                           750.00
    WORK CHARGES                                              200.00
    WIRE TRANSFER, OVER NIGHT                                  25.00
    T.I. AND TAX PAYMENTS                                     300.00
    RECORDING RELEASE                                          38.50
    TRANSFER TAX                                              767.50
    COUNTY TAX                                                383.75
    WATER BILL PAYMENT                                         65.00
                                                     --------------------
                                                           $3,054.75                 $3,054.75

03) CHICAGO TITLE LAND TRUST
    FEE LAND TR.# 1103699                                     415.00
                                                                                       $415.00

04) CITY OF CHICAGO, DEPT. OF WATER
    WATER BILL 5900-04 W. MADISON                           4,320.75
                                                                                     $4,320.75

05) FIFTH THIRD BANK
    LOAN PAY-OFF                                          600,000.00
                                                                                   $600,000.00

06) CITY OF CHICAGO
    MUNICIPAL CODE VIOLATION                                1,000.00
                                                                                     $1,000.00


    NL        07/25/06      15:08
```

```
                                              ESCROW NO.    N990035510-  001
                                                   PAGE NO.   2


07) LEGAL RUNNERS
    FEE                                              100.00
                                                                      $100.00

08) CITY OF CHICAGO, DEPT. OF WATER
    WATER BILL 5900-04 W. MADISON                    421.17
                                                                      $421.17

09) TICOR TITLE INSURANCE COMPANY
    T.I. FOR REAL ESTATE TAXES                    10,000.00
                                                                   $10,000.00

10) CHICAGO TITLE LAND TRUST # 1103699 BANKRUPTCY ESTATE OF JOHN
    NET PROCEEDS TO SELLER                                          $142,781.65
                                                              =================

11) PRORATIONS/CREDITS - Buyer
    TAX PRORATION(1)                               3,456.11
    TAX PRORATION(2)                               1,950.57
                                                  ---------
    TOTAL PRORATIONS                               5,406.68
    PURCHASE PRICE                               767,500.00
                                                  ---------
    ADJUSTED PURCHASE PRICE                      $762,093.32        $762,093.32

12) TICOR TITLE INSURANCE - Buyer's Charges

    Re: Title Order No. 02000-990035510

    ESCROW FEE                                       425.00
    NY CLOSING FEE                                   100.00
    RECORDING DEED                                    38.50
    COUNTY TAX                                     5,756.25
                                                  ---------
                                                  $6,319.75          $6,319.75

13) PIONEER ENGINEERING & ENVIRONMENTAL
    INVOICE # 4116                                   850.00
                                                                      $850.00

14) MCHENRY INSURANCE SERVICES
    INVOICE # 7548                                14,457.00
                                                                    $14,457.00

15) DORDEK, ROSENBURG & ASSOCIATES, P.C.
    LEGAL FEES                                     4,041.00
                                                                     $4,041.00

16) 5900 MADISON LLC
    TOTAL DISBURSEMENT AMOUNT                                      $787,761.07
    TOTAL BUYER RECEIPTS                                           $794,000.00
                                                                  ------------
    OVERDEPOSIT TO BUYER                                             $6,238.93
                                                              =================


NL        07/25/06      15:08
```

```
                                              ESCROW NO.   N990035510-  001
                                                  PAGE NO.   3
```

DISBURSEMENTS APPROVED:

DATE  2/25/06                  FOR SELLER                        FOR BUYER

DATE

DATE

DATE                           FOR TICOR TITLE INSURANCE

NL        07/25/06    15:08

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-25498
Case Name: JOHN GUNARTT
Trustee Name: NORMAN NEWMAN

**Balance on hand:** $ 13,676.90

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 13,676.90

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee, Fees - Much Shelist, et.al. | 96,321.00 | 80,715.00 | 13,378.01 |
| Attorney for Trustee, Expenses - Much Shelist, et.al. | 895.20 | 825.60 | 48.89 |
| Fees, United States Trustee | 250.00 | 0.00 | 250.00 |

Total to be paid for chapter 7 administration expenses: $ 13,676.90
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

UST Form 101-7-TFR (10/1/2010)

|  | to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 808,794.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 74.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Washington Mutual Bank, FA | 89,886.05 | 0.00 | 0.00 |
| 3 | Discover Bank | 13,783.07 | 0.00 | 0.00 |
| 4 | Roswell Properties, L.L.C., Ltd. | 24,489.27 | 0.00 | 0.00 |
| 5 | Household Bank (SB), N.A. (Menards) | 5,547.71 | 0.00 | 0.00 |
| 7 | Cook County Treasurer | 3,312.31 | 0.00 | 0.00 |
| 8 | Citibank USA NA | 24,262.06 | 0.00 | 0.00 |
| 11 | MBNA America Bank NA | 31,335.32 | 0.00 | 0.00 |
| 12 | Citibank (South Dakota) NA | 3,721.72 | 0.00 | 0.00 |
| 13 | Citibank (South Dakota) NA | 7,130.53 | 0.00 | 0.00 |
| 14 | Chase Bank USA, N.A. | 5,326.02 | 0.00 | 0.00 |
| 15 | Fifth Third Bank | 600,000.00 | 600,000.00 | 0.00 |

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||| 

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable Jacqueline P. Cox

Hearing Date: JANUARY 4, 2006

Bankruptcy Case No. 05-25498

Adversary No.

Title of Case: JOHN GANNARTT

Brief Statement of Motion: APPLICATION OF JOHN ELLSWORTH AS ATTORNEY FOR THE DEBTOR, FOR FEE ALLOWANCE AND REIMBURSEMENT OF COSTS

Names and Addresses of moving counsel:

JOHN ELLSWORTH
929 S 111th St
WEST ALLIS, WI 53214

RICHARD FRIEDMAN
227 W MONROE #3350
CHICAGO IL 60606

Representing: JOHN ELLSWORTH

US TRUSTEES

## ORDER

FOR THE REASONS STATED FROM THE BENCH, APPLICANT ELLSWORTH IS ALLOWED $5000.00; ALL REMAINING AMOUNTS REQUESTED ARE DENIED WITHOUT PREJUDICE TO APPLICANT'S PRESENTING ANOTHER APPLICATION IN CONFORMITY WITH THE LOCAL RULES OF THIS COURT.

J. Cox

Jacqueline P. Cox
United States Bankruptcy Judge

6/11/99

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | Case No. 05 B 25498 |
| JOHN GUNARTT, | ) | Judge Jacqueline P. Cox |
| | ) | Hearing Date: June 13, 2006 |
| Debtor. | ) | Hearing Time: 9:30 a.m. |

**ORDER GRANTING TRUSTEE'S MOTION TO APPROVE COMPROMISE OF
THE SECURED CLAIM OF FIFTH THIRD BANK**

This matter coming on the motion of the Trustee to Approve Compromise of the Secured Claim of Fifth Third Bank (the "Motion"); at least twenty-day notice having been given to the Debtor, those creditors that filed proofs of claim, and all parties in interest; the Court being fully advised in the premises;

**It Is Hereby Ordered** that:

1. The Motion is granted;

2. The Trustee is hereby authorized to compromise the secured claim of Fifth Third Bank in the final amount of $600,000.00;

3. Fifth Third Bank is hereby allowed a claim in the full and final amount of $600,000.00 (the "Secured Claim");

4. The Trustee is hereby authorized, without further order of this Court, to pay the Secured Claim out of the proceeds of any sale of property of the estate and to release any and all claims the Trustee may hold on behalf of the Debtor and his estate against Fifth Third Bank; and

5. Notice heretofore given of the hearing of this matter is adequate and sufficient

under the circumstances and other and further notice is hereby waived.

ENTERED:

By: _J. Cox_  *Jacqueline P. Cox*
United States Bankruptcy Judge
June 19, 2006

Order Prepared By:

Norman B. Newman, ARDC No. 02045427
James E. Morgan, Fed. I.D. No. 90785074
MUCH SHELIST FREED DENENBERG
    AMENT & RUBENSTEIN, P.C.
191 North Wacker Drive, Suite 1800
Chicago, Illinois 60606
Telephone: 312.521.2000
Facsimile: 312.521.2100