IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| JOHN GUNARTT | ) | CASE NO. 05-25498 |
| | ) | |
| Debtor(s) | ) | JUDGE SUSAN PIERSON SONDERBY |
| | ) | |

**TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES**

TO:   THE HONORABLE SUSAN PIERSON SONDERBY,
      BANKRUPTCY JUDGE

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, and requests $42,078.61 as compensation, $0.00 of which has previously been paid, and $0.00 for reimbursement of expenses, $0.00 of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total Disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $776,572.11. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $    1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $    4,500.00 | ($4,500.00 max.) |
| 5% of next $950,000.00 | $    36,328.61 | ($47,500.00 max.) |
| 3% of balance | $    0.00 | |
| TOTAL COMPENSATION | $    42,078.61 | |

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES $ 0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this 13th day of April 2011.

/s/ Norman Newman
NORMAN NEWMAN, Trustee
MUCH SHELIST
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100
FEIN 36-2757501

John Gunartt
c/o Norman B. Newman
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **03/15/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0005258.0009**

05 - Trustee Matters

**FEES THROUGH MARCH 15, 2011**

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 11/28/05 | NBN | Review waiver letter from Fifth Third Bank (.2); review appraisal information as to real estate (.5). | 0.70 |
| 12/12/05 | NBN | Discussion with J. Matanky regarding possible interest in real estate. | 0.20 |
| 12/16/05 | NBN | Review schedules and statement of financial affairs. | 0.40 |
| 12/30/05 | NBN | Telephone call with representative of Cacciatore Insurance regarding policy details and payment information needed (.20); review insurance policy on 6 unit building and letter to J. Shapiro regarding same (.30). | 0.50 |
| 01/04/06 | NBN | Telephone call with J. Lee and C. Cirvantes regarding insurance premiums. | 0.30 |
| 01/05/06 | NBN | Discussion with three possible interested parties regarding real estate. | 0.60 |
| 01/06/06 | NBN | Review schedules and statement of affairs for Section 341 meeting (.30); telephone call with C. Cervantes and telephone call with and letter to J. Lee regarding paying insurance on Mayfield property (.40); conduct section 341 meeting (.40). | 1.10 |
| 01/09/06 | NBN | Telephone call with B. Girolamo, D. Horberg and J. Matanky regarding interest in real estate (.60); review letter from J. Lee regarding sale of real estate (.20); letter to Debtor's attorney regarding bank statement and land trust information needed (.20). | 1.00 |
| 01/12/06 | NBN | Telephone call with L. Lombardo, broker for B. Thomas regarding continued interest in 2 condo units (.20); review claims bar date notice (.20). | 0.40 |
| 01/16/06 | NBN | Review claims bar date notice. | 0.20 |
| 02/01/06 | NBN | Letter to J. Gunartt regarding documents previously requested from his attorney. | 0.20 |

**PLEASE SEND PAYMENT TO:**     Payment due within 30 days of invoice
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353


E billinginquiries@muchshelist.com ■ www.muchshelist.com     thinking business, practicing law.

# MUCH SHELIST




191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

John Gunartt
c/o Norman B. Newman
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **03/15/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0005258.0009**

05 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 02/09/06 | NBN | Meet with S. Barron, M. Higginson and J. Gunarrt at 5900 W. Madison and discussion regarding possible offer. | 1.80 |
| 02/13/06 | NBN | Review notice from Clerk to Household Bank regarding assignment of claim (.20); review renewal policy from Forest Agency Inc. (.20). | 0.40 |
| 02/17/06 | NBN | Telephone call with S. Barron regarding purchase price and preparing contract (.30); meet with J. Cohen regarding same (.30). | 0.60 |
| 02/23/06 | NBN | Review latest insurance payment information from Fifth Third Bank. | 0.20 |
| 03/21/06 | NBN | Meet with J. Cohen regarding executing contract, ordering title and opening escrow. | 0.30 |
| 03/23/06 | NBN | Telephone conference with J. Gunartt regarding meeting with prospective purchasers (.2); telephone conference with and letter to S. Barron regarding making arrangements to meet (.4). | 0.60 |
| 04/11/06 | NBN | Telephone call with M. Hyginson and S. Barron regarding environmental report necessary. | 0.30 |
| 05/01/06 | NBN | Meet with J. Morgan regarding motion to sell real estate and motion to settle with Fifth Third Bank (.40); review claim register (.30). | 0.70 |
| 05/04/06 | NBN | Telephone call with S. Barron and M. Hyginson regarding hearing on sale motion. | 0.20 |
| 05/15/06 | NBN | Meet with J. Morgan regarding background information for motion to sell real estate and to settle with Fifth Third Bank. | 0.50 |
| 06/06/06 | NBN | Meet with J. Morgan regarding responding to Gunartt's responsive pleadings (.30); review claims of unsecured creditors (.60). | 0.90 |
| 06/12/06 | NBN | Meet with J. Morgan regarding tomorrow's hearing. | 0.50 |
| 06/19/06 | NBN | Discussions with S. Barron and S. Stender regarding closing the sale. | 0.30 |

**PLEASE SEND PAYMENT TO:**          **Payment due within 30 days of invoice**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

E billinginquiries@muchshelist.com ■ www.muchshelist.com          thinking business, practicing law.

# MUCH SHELIST



191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615

T 312.521.2000  F 312.521.2100

FEIN 36-2757501

John Gunartt
c/o Norman B. Newman
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **03/15/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0005258.0009**

05 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 06/20/06 | NBN | Telephone call with M. Higginson regarding access to premises (.20); review docket notices pending of sale order, denial of Debtor's motion to dismiss and motion to settle with Fifth Third Bank (.40). | 0.60 |
| 06/22/06 | NBN | Discussions with J. Ruby regarding title commitment and water bill. | 0.30 |
| 06/23/06 | NBN | Discussions with J. Ruby and S. Stending regarding title policy and closing issues. | 0.60 |
| 06/28/06 | NBN | Review updated title commitment (.30); telephone call with representative of Cook County Treasurer regarding motions of tax sale (.20). | 0.50 |
| 06/29/06 | NBN | Letter to representatives of Cook County Treasurer regarding title commitment (.20); telephone call with D. Dordek and S. Barron regarding closing and walk through and meet with J. Rubin regarding same (.60). | 0.80 |
| 07/05/06 | NBN | Telephone conferences with S. Barron and telephone conference with J. Gunartt regarding closing of sale and access to premises (.7); meeting with S. Davis regarding title issues (.4). | 1.10 |
| 07/06/06 | NBN | Telephone conferences with J. Gunartt and S. Barron regarding access to premises (.4); review claim register regarding claims against condo (.4). | 0.80 |
| 07/14/06 | NBN | Review updated title report and meet with S. Davis regarding open matters to resolve before closing. | 0.50 |
| 07/18/06 | NBN | Telephone call with M. Higginson regarding water department accessed property and discuss closing with S. Davis. | 0.30 |
| 07/21/06 | NBN | Discussions with S. Davis and review memo regarding closing on 7/25/06 (.30); telephone call with J. Shapiro regarding release (.20). | 0.50 |
| 07/24/06 | NBN | Review letter of direction to Land Trust and related documents for closing of sale. | 0.50 |
| 07/25/06 | NBN | Attend closing of real estate sale and pre-closing review of sale documents. | 3.10 |

**PLEASE SEND PAYMENT TO:**            **Payment due within 30 days of invoice**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353



E billinginquiries@muchshelist.com ■ www.muchshelist.com            thinking business, practicing law.



# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

John Gunartt
c/o Norman B. Newman
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **03/15/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0005258.0009**

05 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 07/31/06 | NBN | Review engagement letter from A. Katz of Miller Cooper. | 0.20 |
| 08/04/06 | NBN | Meet with D. Birns regarding unpaid real estate taxes. | 0.20 |
| 08/22/06 | NXS | Reconcile bank statements. | 0.20 |
| 08/24/06 | NBN | Telephone call with J. Gunartt regarding copies of tax returns (.20); letter to A. Katz regarding employment order (.20). | 0.40 |
| 09/15/06 | NXS | Reconcile bank statements. | 0.20 |
| 10/25/06 | NXS | Reconcile bank statements. | 0.20 |
| 11/17/06 | NXS | Reconcile bank statements. | 0.30 |
| 12/27/06 | NXS | Reconcile bank statements. | 0.20 |
| 01/12/07 | NBN | Review payment of tax escrowed fund by Ticor. | 0.20 |
| 01/12/07 | NXS | Reconcile bank statements. | 0.20 |
| 02/20/07 | NXS | Reconcile bank statements. | 0.30 |
| 03/19/07 | NXS | Reconcile bank statements. | 0.20 |
| 04/10/07 | NXS | Reconcile bank statements. | 0.20 |
| 04/13/07 | NBN | Review insurance premium refund. | 0.20 |
| 05/08/07 | NXS | Reconcile bank statements. | 0.20 |
| 05/18/07 | NBN | Review copies of Debtor's 2002-2005 tax returns and letter to A. Katz regarding same. | 0.40 |
| 06/18/07 | NXS | Reconcile bank statements. | 0.20 |
| 07/10/07 | NBN | Discussion with J. Morgan regarding status of Fifth Third Bank appeal. | 0.20 |
| 07/27/07 | NXS | Reconcile bank statements. | 0.20 |

**PLEASE SEND PAYMENT TO:**   **Payment due within 30 days of invoice**
Much Shelist ▪ 35335 Eagle Way ▪ Chicago, IL 60678.1353

E billinginquiries@muchshelist.com ▪ www.muchshelist.com

thinking business, practicing law.

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

John Gunartt
c/o Norman B. Newman
191 North Wacker Drive
Suite 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: **03/15/2011**

Billing Attorney: **Norman B. Newman**

Matter Number: **0005258.0009**

05 - Trustee Matters

| Date | Atty. | Description | Hours |
|---|---|---|---|
| 08/21/07 | NXS | Reconcile bank statements. | 0.20 |
| 08/30/07 | NBN | Telephone conference with S. Glover regarding tax consequences of sale and prior years' losses. | 0.30 |
| 09/12/07 | NXS | Reconcile bank statements. | 0.20 |
| 10/15/07 | NXS | Reconcile bank statements. | 0.20 |
| 12/21/07 | NBN | Review order awarding interim compensation. | 0.20 |
| 02/19/08 | NXS | Reconcile bank statements. | 0.10 |
| 03/31/08 | NBN | Review correspondences from C. Wilkes regarding U.S. Trustee quarterly fee claim. | 0.20 |
| 04/08/08 | NBN | Correspondences with Miller Cooper regarding invoices. | 0.20 |
| 04/10/08 | NXS | Reconcile bank statements. | 0.20 |
| 04/11/08 | NBN | Telephone conference with S. Glover regarding additional tax returns. | 0.20 |
| 05/19/08 | NXS | Reconcile bank statements. | 0.20 |
| 06/09/08 | NXS | Reconcile bank statements. | 0.20 |
| 03/08/11 | NBN | Review final report and fee application. | 0.50 |
| 03/10/11 | NBN | Review final report. | 0.40 |
| 03/11/11 | NBN | Review final report and final fee application. | 0.60 |
| | | **Total Hours** | **30.80** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

Payment due within 30 days of invoice

E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.