# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:  §
    JOHN GUNARTT  §  Case No. 05-25498
                                                  §
                                                  §
                          Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
7th Floor
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on May 12, 2011 in Courtroom 619, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/13/2011          By:   /s/NORMAN NEWMAN
                                                                             Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
(312) 521-2000

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: JOHN GUNARTT               § Case No. 05-25498
                                  §
                                  §
                                  §
Debtor(s)                         §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 776,572.11 |
| *and approved disbursements of* | $ 762,895.21 |
| *leaving a balance on hand of* [1] | $ 13,676.90 |
| **Balance on hand:** | $ 13,676.90 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 13,676.90 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee, Fees - Much Shelist, et.al. | 96,321.00 | 80,715.00 | 13,378.01 |
| Attorney for Trustee, Expenses - Much Shelist, et.al. | 895.20 | 825.60 | 48.89 |
| Fees, United States Trustee | 250.00 | 0.00 | 250.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 13,676.90 |
| Remaining balance: | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $     0.00
Remaining balance:  $     0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:  $     0.00
Remaining balance:  $     0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 808,794.06 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 74.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Washington Mutual Bank, FA | 89,886.05 | 0.00 | 0.00 |
| 3 | Discover Bank | 13,783.07 | 0.00 | 0.00 |
| 4 | Roswell Properties, L.L.C., Ltd. | 24,489.27 | 0.00 | 0.00 |
| 5 | Household Bank (SB), N.A. (Menards) | 5,547.71 | 0.00 | 0.00 |
| 7 | Cook County Treasurer | 3,312.31 | 0.00 | 0.00 |
| 8 | Citibank USA NA | 24,262.06 | 0.00 | 0.00 |
| 11 | MBNA America Bank NA | 31,335.32 | 0.00 | 0.00 |
| 12 | Citibank (South Dakota) NA | 3,721.72 | 0.00 | 0.00 |
| 13 | Citibank (South Dakota) NA | 7,130.53 | 0.00 | 0.00 |
| 14 | Chase Bank USA, N.A. | 5,326.02 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| 15 | Fifth Third Bank | 600,000.00 | 600,000.00 | 0.00 |

| | Total to be paid for timely general unsecured claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for subordinated claims: | $ | 0.00 |
| | Remaining balance: | $ | 0.00 |

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/NORMAN NEWMAN
Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL  60606-1615
(312) 521-2000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 05-25498-JPC
John Gunartt  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1        User: wepps        Page 1 of 2        Date Rcvd: Apr 14, 2011
                      Form ID: pdf006     Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2011.

```
db           +John Gunartt,    414 S. Scoville,     Oak Park, IL 60302-4065
aty          +James E. Morgan,    K&L Gates LLP,    70 West Madison,    Suite 3100,    Chicago, IL 60602-4244
aty          +William S Hackney, III,    SmithAmundsen, LLC,    150 North Michigan Avenue,    Suite 3300,
               Chicago, IL 60601-6004
tr           +Norman B Newman,    Much Shelist Freed Denenberg,    191 North Wacker Drive Ste 1800,
               Chicago, IL 60606-1631
9500848      +Att&t Universal/ Citibank,    Po Box 6241,    Sioux Falls, SD 57117-6241
9500849      +Austin Market,    5900 W. Madison Street,    Chicago, IL 60644-3722
9500850      +Bank Of America,    1825 E Buckeye Rd,    Phoenix, AZ 85034-4216
9500860     ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court: Washington Mutual,    Po Box 1093,    Northridge, CA 91328)
9500851      +Chase Advantage,    500 White Clay Center Dr,    Newark, DE 19711-5469
10545431     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
9585726      +Chase Manhattan Bank USA NA,    500 White Clay Center Dr,    Newark, DE 19711-5497
9500852      +Chase Na,    4915 Independence,    Tampa, FL 33634-7518
9500854       Citibank USA NA,    Po Box 9025,    Des Moines, IA  50368
10437951     +Cook County Treasurer,    Law Department,    118 North Clark Street  - Room 212,
               Chicago, IL 60602-1589
9500856     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    38 Fountain Sq Pl,    Cincinnati, OH 45202)
9626639      +Fifth Third Bank,    c/o Weltman, Weinberg & Reis Co., L.P.A.,    1419 Lake Cook Road,    Suite 480,
               Deerfield, IL 60015-5228
9500857      +Freedom Tax Service,    5256 W. North Avenue,    Chicago, IL 60639-4400
9734313      +Household Bank (SB), N.A.,    eCast Settlement Corporation,    c/o Bass & Associates, P.C.,
               3936 E Ft Lowell Rd, Ste 200,    Tucson, AZ 85712-1083
9500858      +Hsbc/mnrds,    90 Christiana Rd,    New Castle, DE 19720-3118
10119769     +MBNA America Bank NA,    POB 15168   MS  1423,    Wilmington, DE 19850-5168
9500859      +Monogram Bank N America,    Po Box 17054,    Wilmington, DE 19850-7054
9500861      +Washington Mutual Bank,    Po Box 44118,    Jacksonville, FL 32231-4118
9583153      +Washington Mutual Bank FA,    7800 N 113th St,    Milwaukee, WI 53224-3136
9566916       Washington Mutual Bank, FA,    9610 McAllister,    Mailstop 1001SATX,    San Antonio, TX 78216
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
9599759       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 15 2011 00:07:52      Discover Bank,
               Discover Financial Services,    P O Box 8003,    Hilliard, OH 43026
9500855       E-mail/PDF: mrdiscen@discoverfinancial.com Apr 15 2011 00:07:52      Discover Fin,    Pob 15316,
               Wilmington, DE 19850
10808207     +E-mail/Text: deb.saner@cadleco.com Apr 14 2011 21:59:58      Roswell Properties, L.L.C., Ltd.,
               100 N Center Street,    Newton Falls, OH 44444-1321
                                                                                              TOTAL: 3
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10491586      Office of the U.S. Trustee
9500853      ##Citibank (South Dakota) NA,    Citibank/Choice,    Exception Payment Processing,    POB 6305,
               The Lakes, NV  88901-6305
                                                                                   TOTALS: 1, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: wepps              Page 2 of 2            Date Rcvd: Apr 14, 2011
                              Form ID: pdf006          Total Noticed: 27

          ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 16, 2011**              **Signature:**           *Joseph Speetjens*