**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: JOHN GUNARTT | § Case No. 05-25498 |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

> Assets Abandoned: $0.00                      Assets Exempt: $10,260.00
> *(without deducting any secured claims)*
>
> Total Distribution to Claimants: $600,000.00     Claims Discharged
>                                                                      Without Payment: $219,006.06
>
> Total Expenses of Administration: $176,572.28

    3) Total gross receipts of $ 776,572.28 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $776,572.28 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $508,000.00 | $782,994.54 | $600,000.00 | $600,000.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 139,358.82 | 220,899.42 | 176,572.28 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 5,000.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 225,411.00 | 208,794.06 | 208,794.06 | 0.00 |
| **TOTAL DISBURSEMENTS** | $733,411.00 | $1,131,147.42 | $1,034,693.48 | $776,572.28 |

    4) This case was originally filed under Chapter 7 on November 16, 2005. The case was pending for 68 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/03/2011          By: /s/NORMAN NEWMAN
                                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| REAL PROPERTY- 5900-04 W. MADISON, CHICAGO | 1110-000 | 772,595.53 |
| INSURANCE REFUND | 1229-000 | 3,044.00 |
| Interest Income | 1270-000 | 932.75 |
| **TOTAL GROSS RECEIPTS** | | **$776,572.28** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 15 | Fifth Third Bank | 4110-000 | 508,000.00 | 782,994.54 | 600,000.00 | 600,000.00 |
| **TOTAL SECURED CLAIMS** | | | **$508,000.00** | **$782,994.54** | **$600,000.00** | **$600,000.00** |

## EXHIBIT 4 — CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Much Shelist, et.al. | 3110-000 | N/A | 15,606.00 | 96,321.00 | 94,093.18 |
| Much Shelist, et.al. | 3120-000 | N/A | 69.60 | 895.20 | 874.49 |
| Norman B. Newman | 2100-000 | N/A | 42,078.61 | 42,078.61 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Case 05-25498   Doc 196   Filed 08/04/11   Entered 08/04/11 09:07:45   Desc Main
                             Document      Page 4 of 12

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Office of the U.S. Trustee (ADMINISTRATIVE) | 2950-000 | N/A | 250.00 | 250.00 | 250.00 |
| Ticor Title Insurance | 2500-000 | N/A | 10,000.00 | 10,000.00 | 10,000.00 |
| Ticor Title Insurance | 2820-000 | N/A | 5,406.68 | 5,406.68 | 5,406.68 |
| Ticor Title Insurance | 2500-000 | N/A | 4,320.75 | 4,320.75 | 4,320.75 |
| Ticor Title Insurance | 2500-000 | N/A | 3,054.75 | 3,054.75 | 3,054.75 |
| Ticor Title Insurance | 2500-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| Ticor Title Insurance | 2500-000 | N/A | 421.17 | 421.17 | 421.17 |
| Ticor Title Insurance | 2500-000 | N/A | 415.00 | 415.00 | 415.00 |
| Ticor Title Insurance | 2500-000 | N/A | 100.00 | 100.00 | 100.00 |
| International Sureties, Ltd. | 2300-000 | N/A | 55.68 | 55.68 | 55.68 |
| Miller Cooper & Co., Ltd. | 3420-000 | N/A | 156.00 | 156.00 | 156.00 |
| Miller Cooper & Co., Ltd. | 3410-000 | N/A | 2,133.00 | 2,133.00 | 2,133.00 |
| Miller Cooper & Co., Ltd. | 3420-000 | N/A | 250.00 | 250.00 | 250.00 |
| Much Shelist, et.al. | 3110-000 | N/A | 53,654.50 | 53,654.50 | 53,654.50 |
| Much Shelist, et.al. | 3120-000 | N/A | 338.11 | 338.11 | 338.11 |
| International Sureties, Ltd. | 2300-000 | N/A | 12.22 | 12.22 | 12.22 |
| International Sureties, Ltd. | 2300-000 | N/A | 11.46 | 11.46 | 11.46 |
| International Sureties, Ltd. | 2300-000 | N/A | 12.32 | 12.32 | 12.32 |
| International Sureties, Ltd. | 2300-000 | N/A | 12.97 | 12.97 | 12.97 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 139,358.82 | 220,899.42 | 176,572.28 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| John Ellsworth | 6210-160 | N/A | 0.00 | 5,000.00 | 0.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 5,000.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Washington Mutual Bank, FA | 7100-000 | 180,046.00 | 89,886.05 | 89,886.05 | 0.00 |
| 2 | Chase Advantage | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| 3 | Discover Bank | 7100-000 | unknown | 13,783.07 | 13,783.07 | 0.00 |
| 4 | Roswell Properties, L.L.C., Ltd. | 7100-000 | N/A | 24,489.27 | 24,489.27 | 0.00 |
| 5 | Household Bank (SB), N.A. (Menards) | 7100-000 | 3,780.00 | 5,547.71 | 5,547.71 | 0.00 |
| 6 | MBNA America Bank NA | 7100-900 | N/A | N/A | 0.00 | 0.00 |
| 7 | Cook County Treasurer | 7100-000 | N/A | 3,312.31 | 3,312.31 | 0.00 |
| 8 | Citibank USA NA | 7100-000 | 24,262.00 | 24,262.06 | 24,262.06 | 0.00 |
| 11 | MBNA America Bank NA | 7100-900 | N/A | 31,335.32 | 31,335.32 | 0.00 |
| 12 | Citibank (South Dakota) NA | 7100-900 | N/A | 3,721.72 | 3,721.72 | 0.00 |
| 13 | Citibank (South Dakota) NA | 7100-900 | 7,112.00 | 7,130.53 | 7,130.53 | 0.00 |
| 14 | Chase Bank USA, N.A. | 7100-000 | -1.00 | 5,326.02 | 5,326.02 | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 6,491.00 | N/A | N/A | 0.00 |
| NOTFILED | Att&t Universal/ Citibank | 7100-000 | 3,721.00 | N/A | N/A | 0.00 |
| NOTFILED | Monogram Bank N America | 7100-000 | unknown | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 225,411.00 | 208,794.06 | 208,794.06 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-25498  
**Case Name:** JOHN GUNARTT  

**Trustee:** (330560) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 11/16/05 (c)  
**§341(a) Meeting Date:** 12/29/05  

**Period Ending:** 08/03/11  

**Claims Bar Date:** 04/14/06  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | REAL PROPERTY-414 SCOVILLE, OAK PARK, IL<br>    2-Bedroom Condominium Unit  (See Footnote) | 160,000.00 | 27,477.00 | | 0.00 | FA |
| 2 | REAL PROPERTY- 5900-04 W. MADISON, CHICAGO<br>    18 Unit Multi-Family Building | 1,560,000.00 | 1,052,000.00 | | 772,595.53 | FA |
| 3 | BANK ACCOUNTS - CHECKING | 3,000.00 | 1,000.00 | | 0.00 | FA |
| 4 | BANK ACCOUNTS - INVESTMENT BROKERAGE<br>ACCOUNT | 12,000.00 | 12,000.00 | | 0.00 | FA |
| 5 | SECURITY DEPOSITS (RENTAL PROPERTY) | 6,000.00 | N/A | | 0.00 | FA |
| 6 | HOUSEHOLD GOODS AND FURNISHINGS | 87.00 | 87.00 | | 0.00 | FA |
| 7 | WEARING APPAREL AND JEWELRY | 70.00 | 10.00 | | 0.00 | FA |
| 8 | PHOTOGRAPHIC EQUIPMENT | 10.00 | 0.00 | | 0.00 | FA |
| 9 | ACCOUNTS RECEIVABLE<br>    Leases on non-residential property. | Unknown | Unknown | | 0.00 | Unknown |
| 10 | REAL ESTATE APPRAISAL/BROKER LICENSES | Unknown | Unknown | | 0.00 | FA |
| 11 | AUTOMOBILES AND OTHER VEHICLES | 500.00 | 0.00 | | 0.00 | FA |
| 12 | AUTOMOBILES AND OTHER VEHICLES | 200.00 | 0.00 | | 0.00 | FA |
| 13 | MACHINERY, FIXTURES, AND BUSINESS<br>EQUIPMENT | 125.00 | 125.00 | | 0.00 | FA |
| 14 | INSURANCE REFUND  (u) | 3,044.00 | 3,044.00 | | 3,044.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 932.75 | FA |
| 15 | **Assets**    Totals (Excluding unknown values) | **$1,745,036.00** | **$1,095,743.00** | | **$776,572.28** | **$0.00** |

RE PROP# 1    Foreclosed

**Major Activities Affecting Case Closing:**

　　Preparing final report (TFR).

Printed: 08/03/2011 03:18 PM    V.12.57

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-25498  
**Case Name:** JOHN GUNARTT  

**Trustee:** (330560) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 11/16/05 (c)  
**§341(a) Meeting Date:** 12/29/05  

**Period Ending:** 08/03/11  

**Claims Bar Date:** 04/14/06

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** September 30, 2006   **Current Projected Date Of Final Report (TFR):** April 13, 2011 (Actual)

Printed: 08/03/2011 03:18 PM    V.12.57

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-25498 | | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|---|
| Case Name: | JOHN GUNARTT | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****28-65 - Money Market Account |
| Taxpayer ID #: | **-***6196 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 08/03/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 07/26/06 | | Ticor Title Insurance | Proceeds from sale of real estate | | | 142,781.65 | | 142,781.65 |
| | {2} | | Sales Price | 767,500.00 | 1110-000 | | | 142,781.65 |
| | | Fifth Third Bank | Payoff of Mortgage | -600,000.00 | 4110-000 | | | 142,781.65 |
| | | | Title Insurance for Taxes | -10,000.00 | 2500-000 | | | 142,781.65 |
| | | | Tax Proration | -5,406.68 | 2820-000 | | | 142,781.65 |
| | | | City of Chicago-Water Bill | -4,320.75 | 2500-000 | | | 142,781.65 |
| | | | Title Charges | -3,054.75 | 2500-000 | | | 142,781.65 |
| | | | City of Chicago-Municipal Code Violations | -1,000.00 | 2500-000 | | | 142,781.65 |
| | | | City of Chicago - Water Bill | -421.17 | 2500-000 | | | 142,781.65 |
| | | | Land Trust Fee | -415.00 | 2500-000 | | | 142,781.65 |
| | | | Legal Runners Fee | -100.00 | 2500-000 | | | 142,781.65 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 12.52 | | 142,794.17 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 97.05 | | 142,891.22 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 90.81 | | 142,982.03 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 100.24 | | 143,082.27 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 94.04 | | 143,176.31 |
| 12/07/06 | 1001 | Much Shelist, et.al. | Interim fees (11/18/05 through 7/31/06) | | 3110-000 | | 80,715.00 | 62,461.31 |
| 12/07/06 | 1002 | Much Shelist, et.al. | Interim Expenses (11/18/05 through 7/31/06) | | 3120-000 | | 825.60 | 61,635.71 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | | 1270-000 | 57.02 | | 61,692.73 |
| 01/12/07 | {2} | Ticor Title Insurance | Balance of Escrow Account with Title Company | | 1110-000 | 5,095.53 | | 66,788.26 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 42.59 | | 66,830.85 |
| 02/06/07 | 1003 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2007 FOR CASE #05-25498, Bond #016026455 | | 2300-000 | | 55.68 | 66,775.17 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 33.29 | | 66,808.46 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 35.67 | | 66,844.13 |
| 04/16/07 | {14} | Forest Agency | Refund on Madison Park Condo | | 1229-000 | 3,044.00 | | 69,888.13 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 37.58 | | 69,925.71 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 38.58 | | 69,964.29 |
| 06/08/07 | 1004 | Miller Cooper & Co., Ltd. | Reimbursement for IRS tax return Stopped on 08/22/07 | | 2690-000 | | 156.00 | 69,808.29 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 36.11 | | 69,844.40 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | | 1270-000 | 39.87 | | 69,884.27 |
| | | | | Subtotals: | | $151,636.55 | $81,752.28 | |

{} Asset reference(s)

Printed: 08/03/2011 03:18 PM    V.12.57

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 05-25498
**Case Name:** JOHN GUNARTT

**Taxpayer ID #:** **-***6196
**Period Ending:** 08/03/11

**Trustee:** NORMAN NEWMAN (330560)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****28-65 - Money Market Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/22/07 | 1004 | Miller Cooper & Co., Ltd. | Reimbursement for IRS tax return<br>Stopped: check issued on 06/08/07 | 2690-000 | | -156.00 | 70,040.27 |
| 08/22/07 | 1005 | Miller Cooper & Co., Ltd. | Reimbursement of cost for tax return | 3420-000 | | 156.00 | 69,884.27 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 38.64 | | 69,922.91 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 34.84 | | 69,957.75 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 41.09 | | 69,998.84 |
| 11/29/07 | 1006 | Miller Cooper & Co., Ltd. | Interim Compensation (822/06 -9/30/07) | 3410-000 | | 2,133.00 | 67,865.84 |
| 11/29/07 | 1007 | Miller Cooper & Co., Ltd. | Interim expense reimbursement (822/06 - 9/30/07) | 3420-000 | | 250.00 | 67,615.84 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 36.42 | | 67,652.26 |
| 12/21/07 | 1008 | Much Shelist, et.al. | Interim Compensation (8/2/06 thorugh 10/29/07) | 3110-000 | | 53,654.50 | 13,997.76 |
| 12/21/07 | 1009 | Much Shelist, et.al. | Interim Expenses (8/2/06 thorugh 10/29/07) | 3120-000 | | 338.11 | 13,659.65 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 27.51 | | 13,687.16 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 6.25 | | 13,693.41 |
| 02/14/08 | 1010 | Norman B. Newman, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #05-25498<br>Voided on 02/14/08 | 2300-000 | | 12.20 | 13,681.21 |
| 02/14/08 | 1010 | Norman B. Newman, Trustee | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #05-25498<br>Voided: check issued on 02/14/08 | 2300-000 | | -12.20 | 13,693.41 |
| 02/14/08 | 1011 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/14/2008 FOR CASE #05-25498 | 2300-000 | | 12.22 | 13,681.19 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 2.80 | | 13,683.99 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.54 | | 13,686.53 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.90 | | 13,688.43 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.71 | | 13,690.14 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.73 | | 13,691.87 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.74 | | 13,693.61 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.62 | | 13,695.23 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.79 | | 13,697.02 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.49 | | 13,698.51 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.07 | | 13,699.58 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.97 | | 13,700.55 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.55 | | 13,701.10 |

Subtotals :   $204.66   $56,387.83

{} Asset reference(s)

Printed: 08/03/2011 03:18 PM   V.12.57

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 05-25498 | | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|---|
| Case Name: | JOHN GUNARTT | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****28-65 - Money Market Account |
| Taxpayer ID #: | **-***6196 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 08/03/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/10/09 | 1012 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/10/2009 FOR CASE #05-25498, Bond #016026455 | 2300-000 | | 11.46 | 13,689.64 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.52 | | 13,690.16 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.59 | | 13,690.75 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.55 | | 13,691.30 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.53 | | 13,691.83 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.59 | | 13,692.42 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.57 | | 13,692.99 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.57 | | 13,693.56 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.55 | | 13,694.11 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.55 | | 13,694.66 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.57 | | 13,695.23 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.57 | | 13,695.80 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.54 | | 13,696.34 |
| 02/19/10 | 1013 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/19/2010 FOR CASE #05-25498, Bond #016026455 | 2300-000 | | 12.32 | 13,684.02 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.52 | | 13,684.54 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.61 | | 13,685.15 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.09 | | 13,685.24 |
| 04/06/10 | | Wire out to BNYM account 9200******2865 | Wire out to BNYM account 9200******2865 | 9999-000 | -13,685.24 | | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 138,163.89 | 138,163.89 | $0.00 |
| Less: Bank Transfers | -13,685.24 | 0.00 | |
| Subtotal | 151,849.13 | 138,163.89 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $151,849.13 | $138,163.89 | |

{} Asset reference(s)                                                                                                                 Printed: 08/03/2011 03:18 PM    V.12.57

Case 05-25498   Doc 196   Filed 08/04/11   Entered 08/04/11 09:07:45   Desc Main
Document      Page 11 of 12

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 05-25498 | | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|---|
| Case Name: | JOHN GUNARTT | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******28-65 - Money Market Account |
| Taxpayer ID #: | **-***6196 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 08/03/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********2865 | Wire in from JPMorgan Chase Bank, N.A. account ********2865 | 9999-000 | 13,685.24 | | 13,685.24 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.65 | | 13,685.89 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.81 | | 13,686.70 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.79 | | 13,687.49 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.82 | | 13,688.31 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.80 | | 13,689.11 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,689.22 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,689.33 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,689.44 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,689.55 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,689.66 |
| 02/15/11 | 11014 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #05-25498, Bond #016026455 | 2300-000 | | 12.97 | 13,676.69 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 13,676.79 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,676.90 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 13,677.01 |
| 05/19/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.06 | | 13,677.07 |
| 05/19/11 | | To Account #9200******2866 | Account Transfer | 9999-000 | | 13,677.07 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **13,690.04** | **13,690.04** | **$0.00** |
| | | | Less: Bank Transfers | | 13,685.24 | 13,677.07 | |
| | | | **Subtotal** | | **4.80** | **12.97** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4.80** | **$12.97** | |

{} Asset reference(s)

Printed: 08/03/2011 03:18 PM    V.12.57

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| Case Number: | 05-25498 | | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|---|
| Case Name: | JOHN GUNARTT | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******28-66 - Checking Account |
| Taxpayer ID #: | **-***6196 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/03/11 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/19/11 | | From Account #9200******2865 | Account Transfer | 9999-000 | 13,677.07 | | 13,677.07 |
| 05/19/11 | 101 | Office of the U.S. Trustee (ADMINISTRATIVE) | Dividend paid 100.00% on $250.00, U.S. Trustee Quarterly Fees; Reference: | 2950-000 | | 250.00 | 13,427.07 |
| 05/19/11 | 102 | Much Shelist, et.al. | Dividend paid 97.68% on $96,321.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 13,378.18 | 48.89 |
| 05/19/11 | 103 | Much Shelist, et.al. | Dividend paid 97.68% on $895.20, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 48.89 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **13,677.07** | **13,677.07** | **$0.00** |
| | | | Less: Bank Transfers | | 13,677.07 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **13,677.07** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$13,677.07** | |

| | |
|---|---|
| Net Receipts : | 151,853.93 |
| Plus Gross Adjustments : | 624,718.35 |
| Net Estate : | $776,572.28 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****28-65 | 151,849.13 | 138,163.89 | 0.00 |
| MMA # 9200-******28-65 | 4.80 | 12.97 | 0.00 |
| Checking # 9200-******28-66 | 0.00 | 13,677.07 | 0.00 |
| | **$151,853.93** | **$151,853.93** | **$0.00** |

{} Asset reference(s)